UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE CAULEY

VERSUS

DENNIS GRIMES, ET AL.

CIVIL ACTION

NO. 11-811-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 28, 2012 (doc. no. 10). The plaintiff filed an objection and it has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (iii).

Baton Rouge, Louisiana, this 23rd day of April, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA